AO 83 (Rev. 06/09) Summons in a Criminal Case

## UNITED STATES DISTRICT COURT
### District of New Mexico

| UNITED STATES OF AMERICA | ) |
|---|---|
| V. | ) |
|  | ) Case No. 1084 1:22CR00712-001MLG |
| Larry Archuleta | ) |
| *Defendant* | ) |

### SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: Pete V. Domenici<br>333 Lomas Blvd. NW<br>Albuquerque, NM 87102 | Courtroom No.: 3rd Floor, Rio Grande Courtroom |
|---|---|
|  | Date and Time: January 30, 2026, 9:30 a.m.<br>Before the Honorable Judge Yarbrough |

This offense is briefly described as follows: On December 24, 2025, the defendant received traffic citations in the Valencia County Magistrate Court in Belen, Case No.: M-60-TR-2026-00016 for Improper Display of Registration Plate; Failure to Register or Title a Vehicle as Required; No Proof of Insurance; Child Not In Restraint Device or Seat Belt (x3). The defendant was instructed on multiple occasions to refrain from driving a vehicle that was not registered and insured. On January 5, 2026, the defendant received traffic citations in the Valencia County Magistrate Court in Los Lunas, Case No.: M-59-TR-2026-00016 for No Proof of Insurance and Failure to Register or Title a Vehicle as Required. The defendant failed to report the police contact and citations for the January 5, 2026, incident.

Date: January 16, 2026

*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*